IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ADAL GRAZETA,<br><br>Plaintiff,<br><br>v.<br><br>HOMER BRYSON; WARDEN ROBERT TOOLE; DOUG WILLIAMS; ERIC SMOKES; DERIC GODREY; and MRS. WATKINS,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-141 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 34), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **without prejudice**, based on Plaintiff's failure to prosecute and failure to follow this Court's Orders. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 25th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA