AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ADAL GRAZETA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-141

HOMER BRYSON; WARDEN ROBERT TOOLE; DOUG WILLIAMS; ERIC SMOKES; DERIC GODREY; and MRS. WATKINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on May 25, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.



May 25, 2017  
Date

Scott L. Poff  
Clerk

*(By)* Deputy Clerk